Nos. 25-1393, 25-1631

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

D.V.D., *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of Homeland Security, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Massachusetts

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION
## TO FILE AN APPEARANCE UNDER
## FEDERAL RULE OF APPELLATE PROCEDURE 12(a)

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

SARAH WELCH
*Counsel to the Assistant Attorney General*

ELIANIS N. PEREZ
*Assistant Director*
Office of Immigration Litigation

MATTHEW P. SEAMON
MARY L. LARAKERS
*Senior Litigation Counsel*

Defendants-Appellants respectfully request, under Federal Rule of Appellate Procedure 12(a), that this Court grant leave for undersigned counsel to file their appearance in the above captioned case. This motion is for good cause.

On December 23, 2026, this Court scheduled this case for oral argument on February 3, 2026. *See* Calendaring Notice. Undersigned counsel was subsequently assigned to argue this case. Due to the recent assignment, undersigned counsel was not yet admitted to the First Circuit and could not file this motion and her appearance with the Oral Argument Designation Form. Undersigned counsel was admitted in the First Circuit on January 9, 2026.

Counsel for Defendants-Appellants have conferred with counsel for Plaintiffs-Appellees who indicated that they consent to this motion.

Accordingly, Defendants-Appellants respectfully move and request that this Court grant leave for undersigned counsel to file her appearance in the above captioned case.

| | |
|---|---|
| Dated: January 11, 2026 | Respectfully submitted, |
| BRETT A. SHUMATE<br>Assistant Attorney General | ELIANIS N. PEREZ<br>Assistant Director<br>Office of Immigration Litigation |
| DREW C. ENSIGN<br>Deputy Assistant Attorney General | MARY L. LARAKERS<br>MATTHEW P. SEAMON |
| /s/ *Sarah Welch*<br>SARAH WELCH<br>Counsel to the Assistant Attorney General | Senior Litigation Counsel |

## CERTIFICATE OF SERVICE

    I, Sarah Welch, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                           /s/ *Sarah Welch*
                                                                           Sarah Welch
Dated: January 11, 2026                    Counsel to the Assistant Attorney General